For use by inmates in filing a complaint under **Civil Rights Act**, 42 USC § 1983

INMATE NAME: Toccara Yvonne Puller

PRISONER No.: 1381843

PLACE OF CONFINEMENT: Fluvanna Correctional Center for women

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

Toccara Puller
Enter Full Name    Plaintiff

Vs.                                CIVIL ACTION NO. 7:24CV187-J

Chadwick Dotson
Enter Full Name    Defendant(s)

A. Have you begun other actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   __X__ Yes        _____ No

B. If your answer to A is Yes, describe the action in the space below.

   1. Parties to the Action: Wills et A.L, Chadwick Dotson

   2. Court: Western District and Eastern District 4th CN of Appeals

   3. Docket No.: 7:23CV588, 3:23CV0095 to 23-7139.

   4. Judge: Pamela Meade Sargent, Judge Hudson and Marc Colombel

   5. Disposition: Denial of court Appointe Attorney case 7:23CV588 still pending (23-7139 still pending)
   (For example, is this case still pending? If not, what was the ruling? Was the case appealed?)

C. Have you filed any grievances regarding the facts of your complaint?

   __X__ Yes        _____ No

   1. If your answer is Yes, complete the enclosed verified statement, indicating the result. Please attach evidence of your exhaustion of all available grievance procedures.

      Denied (pending) Fuward to Headquartes

   2. If your answer is No, indicate the reason for failure to exhaust on the verified statement. You may be required to exhaust your claims through any applicable grievance procedures. Your complaint may be dismissed if you fail to exhaust all avenues of the grievance process in a timely fashion.

(Stamp: CLERK'S OFFICE U.S. DISTRICT. COURT AT ROANOKE, VA FILED MAR 12 2024 LAURA A. AUSTIN, CLERK BY: /s/ DEPUTY CLERK)

D. Statement of Claim – State here briefly the facts of your case. Describe what action(s) each defendant took in violation of your constitutional rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. Use as much space as needed. *You may attach extra paper if necessary.*

Claim # 1 – Supporting Facts – Tell your story briefly without citing cases or law.

Federal offenses violated from Fluvanna Correctional Center Mailroom censorship, interception and tampering with legal litigation incomming mail from Locuy; Lacuy and Dept of Justice

Claim # 2 – Supporting Facts – Tell your story briefly without citing cases or law.

Federal offenses violated from Defendants Unit Manager Haight censorship, interception and tampering of Plaintiffs legal case documents 7:23cv588

Claim # 3 – Supporting Facts – Tell your story briefly without citing cases or law.

Filed an intricopiate conspiracy facts defense in legal cases from Judges orders in Arlington Circuit Court Arlington VA for manipulation of the system and serial decisivement for personal reasons. Judge Daniel F Jones II

E. State what relief you seek from the Court. Make no legal arguments, cite no cases or statutes.

Compensatory relief, Injunctive relief punitive damages and court appointed cansel.

SIGNED THIS __05__ DAY OF __March__, 20__24__.

_____
Toccara Pullen
(Signature of Each Plaintiff)

**VERIFICATION:**

I, __Toccara Pullen__, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 USC § 1915 that prohibit and inmate from filing a civil action or appeal. If the prisoner has, three or more occasions, while incarcerated, brought an action or appeal in federal court that are dismissed on the grounds that it was frivolous, malicious or failed to state a claim upon which relief may be granted, unless the prisoner is in imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of filing fees.

I declare under penalty of the foregoing to be true and correct.

DATED: __March 05 2024__ SIGNED: _____

Tueura R. Richmond VA 230
3521 Woods Q. Mar 2024 PM 4 L
State Farm, VA 23974
#1381843

LEGAL MAIL FORWARDED
MAR 08 2024
FCCW — MAILROOM

(Clerk) US District Court
For Western District of
VA ATTN: Clerk
210 Franklin Road SW
Suite 540
Roanoke, VA 24011-2208