UNITED STATES DISTRICT COURT
Western District of Virginia
Office of the Clerk
210 Franklin Road, Suite 540
Roanoke, VA 24011-2208

Toccara Puller #1381843
VDOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160

☑ Go to Next Page

Dear Sir / Madam:

In response to your recent submission to the Court, please read the marked sections for the relevant information.

☐ Copies are not free. Pursuant to U.S.C. 1914 and the fee schedule established by the Judicial Conference of the United States, photocopies of documents from the court's record are $.50 per page. If you wish to obtain copies, you must prepay the copy fee. Please forward payment, the style of the case, and case number to the Office of the Clerk and the Court will mail them to you.

To receive your selected documents, you need to first pay $_____ for _____ pages.

☐ The forms/copies you requested are enclosed.

☐ We do not have forms regarding Motions such as Appointment of Counsel or Writ of Mandamus.

☐ We are unable to send you your requested form because I do not know if it even exists. As an employee of the Court, I must also remain neutral, and thus, I am prohibited from performing legal research for anyone.

☐ You asked about the Freedom of Information Act. Neither the Freedom of Information Act (5 U.S.C. §552) nor the Privacy Act (5 U.S.C. §552a) applies to the Judiciary.

☐ If you believe that your constitutional rights have been violated, you may, at your sole discretion, file an action. I have enclosed a copy of the appropriate form for filing such action. You may make multiple copies of the form. Please fill out the form carefully and legibly and sign the forms as photocopied signatures are not acceptable. Please note, however, that providing you this form is not a determination by the Court that your claim(s) have any merit. The Court provides the form only as a courtesy. **Mail to: Clerk, U.S. District Court, 210 Franklin Road, Suite 540, Roanoke, VA 24011-2208.**

☐ Please be advised that neither the Local Rules nor the Standing Orders are available in a format to send to litigants, but they are available on the Court's website. www.vawd.uscourts.gov . They and the Federal Rules of Civil Procedure are also available from various legal research providers or at law libraries. Our standing order refers all non-dispositive matters in pro se prisoner actions to a United States Magistrate Judge and requires prisoner civil actions to be filed in the Roanoke Division for administrative

reasons only. However, the Court will inform you of the applicable Local Rule and Standing Orders upon receipt of any complaint or petition.

☐ No case number was noted on the document(s) sent to the Court, and I am unable to determine the case in this Court in which you wish to file this submission. If you intend to pursue a new action or file a motion in a pending or closed case, please indicate how and in which action you want the documents filed. If you intend to file in a different court, please mail it to that other court.

☐ The Court received a payment on your behalf, and it's returned to you as an enclosure to this letter because: ☐ You do not presently owe money that the Court collects. ☐ The Court does not accept partial payment of the filing fee unless the Court granted you the opportunity to pay in installments, pursuant to 28 U.S.C. §1915 and even then, those payments would sent to the Court by the Trust Account Officer from the facility where you are housed.

☐ I am not permitted to provide the legal information you seek. The role of the Court is to adjudicate claims presented to the parties. The Court could not maintain its role as an unbiased arbiter of claims if it assisted either party. As an employee of the Court, I must also remain neutral.

☐ The court is authorized to adjudicate cases. The Court is not authorized to, and does not, investigate allegations of misconduct to include the filing of a criminal complaint. Please contact the appropriate law enforcement agency.

☐ The Court does not have any record of the case/ data/ pleading/document you described.

☐ You asked about the status of your case. I cannot give an estimate on when an action will be taken in your case. You will receive a copy of any order and/or opinion as soon as the Court issues it.

☐ The address you requested is: _____

_____

☐ Sending unrequested information to the Court with the hope that it will quicken consideration of your case is incorrect. The Court will review your case in turn.

☐ Please find your enclosed submission because it does not pertain to a pending action and the Court does not maintain a record of such correspondence.

☑ Regarding case 7:24-cv-00187 you asked for a docket sheet and a copy of the complaint. Copies are not free, but you may purchase them for $.50 per page. A docket sheet is enclosed and you can tell us which docket number you need a copy of, and we will count the number of pages, quote you a price and then you may send in the correct amount and copies will be mailed to you. The complaint has 2 pages in this case, the total cost is $1.00

Sincerely,
LAURA A. AUSTIN, Clerk of Court

DO NOT SEND IN SOCIAL SECURITY NUMBERS, NAMES OF MINOR CHILDREN OR DATES OF BIRTHS. WE RECOMMEND YOU MAKE A COPY OF ANYTHING YOU SUBMIT FOR YOUR RECORDS

By: Deputy Clerk
Date: 3/29/2024 _____