CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAY 13 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

US DISTRICT COURT WESTERN DISTRICT

Toccara Y. Puller

v

Dotson

CASE NO 7:24CU187

Plaintiff prisoner pro se Toccara Yvonne
Puller has filed this Action
And the nature of this Action
is caused by an intracorprate
conspiracy Amongst defendants
from Judge D. FIORE II in
Arlington County in Arlington County
Circuit Court who has placed
plaintiff in imminent danger
within the conspiracy to commit

A fatality And plantiff

surving a fatalaty leaving

the plantiff unlawfully incarcerated

on case 18.88.06 due to

intacuprate conspiracy and

plantiff experiences and encounters

of physical Assaults, discrimination,

endangerment, privacy & security, sexual

violations to include An investment

from Judge FIORE II and

Admittance of everyone involved

And son JP 2022 missing & exploitation

from Arlington county sherriffs.

③

Due to the court not wanting

to err from FIORRE direction

I plaintiff have experienced

the intutunal incarcenation

from D.O.C and Judge FIORRE

with ineffective Assistance

from Admittance of Counsil

ADAM Krische in documtary evidnes

to include transcripts from

multiple hearings, While @ F.C.CW

from 11/16/2024 the F.C.CW

mail room from S. Chambers

censorship, intraption and

tampering with legal litigation
incoming mail from Lowvy? Lowvy
and Dept of Justice were
returned due to the CMDC
not being Addressed which is

3521 WOODS WAY
STATE FARM, VA 23160,

There was no verification
of envelope photo copy sent
As a facility request from
mailroom supervisor or clerks
and was not responded to
on a facility level. One



once I exhausted remedies
through grievance procedures
it was not accepted but should
have been following Secretary
proof of the defendants violating
policy and committing a federal
offense and not providing copys
of the incoming mail envelope
to prove defendants legal theory
as I have a right to see
the envelope from return to
sender correspondance on a
legal mail verification.

Thus # 2 UM Haight a
defendant in case 7:23cv588
Nad legal mail, entrapped
plaintiff to forward to
UM Haight to make photocopies
in her office in her Bld 6
in effort to meet deadlines
and discussed a declatory
witness statment with the
witness in case 7:23cv588
For her denying me copies as
effort to cause delay and
Avoid sufficent and Ample



evidne to be provided to
prosecute defendants and
tip the favor for defendants
by violating plaintiff rights
and committing a fradual
offense through UM Haight
interception, censorship, and
tampering through this
experiance and UM Haight
actions. UM Haight is very threating,
assaultive disposition, and combatncy
verbally abusive, and negligent
toward plaintiff to include



degrading and aggressive and
discriminatory to plaintiff on
a consistent basis while
housed in Bld 6 and
housed @ F.C.CW in an
unlawful confinment or incarceration
for case 18.88.06 Due to
an intraciprate conspiracy
and I overheard her speaking
on mental health and danger
to the community in the
same topic of Judge Picaro II
classification of myself

In court proceedings. In his
reason for unlawfully confining
me and targeting me in a
discrimanatory fashion and
not having any evdne to
support his theory. There
has also been serial decieuemnt
for personal reasons, manipulation of
the system. Due to Judge FJOEE II
criminal behavior and violations
to include my civil rights and
all these ~~Federal~~ Federal
offenses Ive filed this action



For the expensinas of

An Intra Corprate conspiracy

with entities And everyone

involved For the mail

interception that is A

federal offense in which

I have Ample evidence

through documents to Include

exhausting grievance procedures

in which my complaints were

not accepted on intake to

Leave issues beyond my control

Not Addressed on A facility level



As I seek justice for the
conspiracy to commit irreparable
harm and me surviving the
irreparable harm from multiple
predators @ the orders from
Judge PIERRE II, And govenmt
entities and every one involved.
Ive been stalked, spyed
on prayed upon tracked and
even was court ordered to
live in An Apt 2107 18th Stre.
Apt 104 8
Arlington, VA 2201
with an explosive device and

(12)

Not only endangering the community
And myself but my child born
JP 2022, This is decrement
And manipulation of the system
And the F.C.C. W tampering
intercepting my mail by
not forwarding delays the
legal representation sought
from legal entities to include
D.O.J And county 3, county
And Even forging my signature
for a JLM on how to file
A civil suit prose, I never

(12)

recieved the book but by
signing means I did.
Thats why my concerns
were unaddressed in a
facility level and grievance
procedures to protect the
interest of F.C.C.W staff
in a dangerous situation
Im seeking the courts to
prosecute, investigate, and
address as I am a
pro se litigant with limited
knowledge of the law in a

(14)

tramatic situation and still

waiting to find my son JP (2022),

He was also sex traffiked

for a quote of 100million dollars

from Arlington County Sheriffs

who I had to let do some

things on Sept 2, 2022

revocation hearing of 2iy and 7m

but was sent to Central State

TDO to treat rape infection

while in custody under chlasrome

through the secret floors and

vents compartments and inadequate



meals with tampering And
hostage situations to include
Veteran Affairs At F.C.C.W
conspiring saying take me
to a farm And leave as A group
on Jan 24, 2024, IPM
wodson the person I suspect
involved urging me to attend
And get medicaid, Birth
Cirtificate, social security card
Stating that they would have
to fight me and they loved
me in which is deadly to

(16)

to me And AN unhealthy
cult or group or organization
who does not care about
humanity And uses their
official and authoritive
positions to violate privacy,
security and AN intracoprate
conspiracy to cause me harm
and Catalaty long term
for the publics intrist
m a two folded statmnt
as admitted in my transcripts
obtaind by Neal Gross.

some statments are listed

simultaneously speaking

which Avoids direct

evidence to my claims

of A miscarage of justice

from Judge FIORRE II

assistance and his

investment and Avoidance

to release me from incarceration

And the entities involed

intracorprate conspiracy to

protect Judge FIORE II

exposure and criminal activity

is A hate crime And
discrimination And target
for ADA And class level
and standards.

I'm seeking And feel
that this constitutes compensatory
relief, Injunctive relief
of protective orders preliminary,
and permanant to protect
the safety of myself plaintiff
And family to include suit JP 2022
due to the sex traffic with
in Arlington and Fairfax CPS

(19)

and Dept of social services,

I'm requesting legal court

Appointed representation due

to the complexicity And

serious ness At Large And

witness protection and remuneration

of my son JP 2022 and

orders for Defendants to

stop intercepting my mail

to include legal mail

and prosecute to the fullest

extent of the law upon

the action being granted

in which I claim violated
my life liberty and child
Jparental rights not to
forget the Institutional
wrongful Incarceration
Therfore this Nature
of action pertaining to
Mail interuption to avoid
legal entities correspondance
to protect the intrest of
defendants criminal intracipate
conspiracy on a serious level
of crimes from what I feel


(21)

In my favor As the plaintiff
And all facts to be considered
upon the filing of this Action
and all evidence to support
the alleged offenses from
defendants at large in multiple
cases in 3 district courts.
And especially in this court
And I Ask the courts to
consider And prepare for
AN evidentiary hearing and
trial And move the honorable courts
to grant summary judgement,

P22

In favor of plaintiff and

grant compensatory relief

And prayer of relief And

Any other relief ordered by

the honorable courts And

Judges. This occured from 11/14/2022 - current

As issues.                      Respectfully
                                Submitted

                                Toceisis Pole
                                05/08/2024
                                #1281843

TULENIA R.
3521 WOODS WAY
STATE FARM, VA 23160
#1381843

LEGAL MAIL FORWARDED
MAY 10 2024
FCCW – MAILROOM

Clerk US
210 Fr
ROANOKE,

RECEIVED
MAY 13 2024




FIRST-CLA

ZIP 22974   $ 001.87⁰
02 7W
0008033193 MAY. 10 2024

District Western District

ANKLIN RD SW Suite 540

VA 24011-2208